UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
David Gerardi, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: David.Gerardi@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 17-10984 (RG) |
| Felice Di Sanza, | : |  |
|  | : | Hearing Date: August 15, 2017 at 11:00 a.m. |
|  | : |  |
| Debtor. | : | The Honorable Rosemary Gambardella |
|  | : |  |

**NOTICE OF MOTION OF THE ACTING UNITED STATES TRUSTEE FOR AN ORDER COMPELLING DISGORGEMENT OF FEES**

**PLEASE TAKE NOTICE** that the Acting United States Trustee, by and through his counsel, shall move before the Honorable Rosemary Gambardella, Judge of United States Bankruptcy Court for the District of New Jersey, on August 15, 2017 at 11:00 a.m., at the U.S. Bankruptcy Court, 50 Walnut Street, Newark, New Jersey, for an Order Compelling Disgorgement of Fees and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the Acting United States Trustee shall rely upon the Certification and Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the Acting United States Trustee in accordance with the local rules.

        ANDREW R. VARA
        ACTING UNITED STATES TRUSTEE
        REGION 3


        */s/ David Gerardi*
        David Gerardi
        Trial Attorney

DATED: July 12, 2017